**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**LATEEF H. GRAY, ESQ., SBN 250055**
**MARLON L. MONROE, ESQ., SBN 251897**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, California 94607
Tel: (510) 929-5400
www.LawyersFTP.com
APointer@LawyersFTP.com
PBuelna@LawyersFTP.com
LGray@LawyersFTP.com
MMonroe@LawyersFTP.com

Attorneys for Plaintiff PERNELL HUNTER

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MAREN CLOUSE, Chief Deputy City Attorney (228726)
NICHOLAS SYMPSON, Sr. Deputy City Attorney (295535)
KAVEH MIRSHAFIEI, Sr. Deputy City Attorney (286592)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, City of San Jose and Officer Matthew Divina Jr.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERNELL HUNTER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE; MATTHEW DIVINA, in his individual capacity as a law enforcement officer for the SAN JOSE POLICE DEPARTMENT; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.: 5:23-cv-01641-NC <br><br> **STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(2)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and subject to Court approval, Plaintiff Pernell Hunter ("Plaintiff") and Defendant City of San Jose., et al. ("Defendants") (together, "the Parties"), through their duly authorized respective counsel of record, hereby stipulate and agree:

(1)  That this entire action shall be dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs; and

(2)  That this Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted,

DATED:  October 29, 2024           POINTER & BUELNA, LLP
                                   LAWYERS FOR THE PEOPLE


                                   By: /s/ *Marlon L. Monroe*
                                       Marlon L. Monroe
                                       Attorneys for Plaintiff
                                       PERNELL HUNTER

DATED: October 30, 2024


                                   By: /s/ *Nicholas Sympson*
                                       Nicholas Sympson
                                       Kaveh Mirshafiei
                                       City of San Jose & Matthew Divina Jr.

## SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for Defense has concurred in this filing.

Dated: October 30, 2024            POINTER & BUELNA, LLP


                                   By: /s/ *Marlon L. Monroe*
                                       Marlon L. Monroe

**ORDER**

Pursuant to the stipulation of Plaintiff Pernell Hunter and Defendant City of San Jose., et al. and good cause appearing therefore, this entire action is dismissed with prejudice, with each party to bear their own costs and fees. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATE:  October 31, 2024



Honorable Nathanael M. Cousins
United States Magistrate Judge